Castel, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

LAWRENCE RAY,

              Plaintiff

      -against-

DAVID A. PATERSON, as Governor of the
State of New York, ROBERT T. JOHNSON as
District Attorney of Bronx County, State of
New York, MARTIN HORN, as Commissioner
of Corrections of the City of New York, THE
NEW YORK CITY DEPARTMENT OF
CORRECTIONS,

JON S. CORZINE, as Governor of the State of
New Jersey, WAYNE J. FORREST, as
Prosecutor of Somerset County, State of New
Jersey, and JULIE M. MARINO, a Judge of the
Superior Court, State of New Jersey.

              Defendants.
-------------------------------------------------------x

Case No. 08 Civ 3485

**ORDER TO SHOW CAUSE**

**FOR PRELIMINARY**

**INJUNCTION & TEMPORARY**

**RESTRAINING ORDER**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-08

UPON the annexed **affirmation of Sidney Baumgarten, Esq., dated April 8, 2008,**

**Pursuant to Local Rule 6.1(d)** and the affirmation of Sidney Baumgarten, Esq. dated April

8, 2008 in support of this application, and upon the Summons and Verified Complaint

heretofore filed herein,

LET the defendants show cause before this Court at the Courthouse thereof, 500

Pearl Street, New York NY 10007, at Part _____, Room _____, on the _____ day of April,

2008 at _____ O'clock in the _____ noon of that day, or as soon thereafter as counsel

can be heard,

WHY an Order should not be made pursuant to Rule 65 of the Federal Rules of Civil

Procedure granting a Preliminary Injunction to the plaintiff enjoining the defendants from

PKC

PKC

extraditing the plaintiff from the State of New York to the State of New Jersey during the pendency of this action, on the grounds that any such attempt to extradite the plaintiff will result in irreparable harm and prejudice to the plaintiff and render any final judgment herein ineffectual and moot, and

SUFFICIENT CAUSE APPEARING THEREFOR, it is

ORDERED, that pending the hearing of this motion, the defendants and their agents, employees, attorneys and all persons having actual notice of this Order are hereby **temporarily restrained** from taking any action to extradite the plaintiff from the State of New York to the State of New Jersey and it is further ORDERED THAT SECURITY IN THE AMT OF $_____ BE POSTED BY _____ 2008

ORDERED, that service of a copy of this Order to Show Cause and the papers upon which it is based, together with a copy of the Summons and Complaint in this action, made on the defendants by personal delivery or by Overnight Delivery service or Express Mail to the offices designated by them for service of process, on or before the ___ day of April 2008 be deemed sufficient.

Dated: April ___, 2008
New York NY

_____
United States District Court Judge

✓ ISSUED:

Plaintiff shall serve this Order on all parties prior to the April 14 hearing in state court. A grand jury sitting in Somerset County, New Jersey has apparently returned an indictment against plaintiff charging him with two counts of concealing the whereabouts of minor children in violation of a custody or visitation order. He presently is in custody on Rikers Island, NY and is challenging his extradition from NY to NJ in a proceeding in Supreme Court, State of New York, Bronx County. Plaintiff now seeks a TRO against the Governors of either NY or NJ "from taking any action to extradite" him. Contrary to Local Rule 7.1, no memorandum of law is submitted. This is not a mere technical deficiency. There is no basis in fact or law for the extraordinary relief sought. This Court declines to enter the proposed order to show cause or application for a temporary restraining order on the record before the Court. All relief is DENIED. So ORDERED. /s/ P. Kevin Castel, USDJ New York, NY 4-11-08 12:15pm