# MEMO ENDORSED



## OFFICE OF THE DISTRICT ATTORNEY, Bronx County

**ROBERT T. JOHNSON**
*District Attorney*

**MARIA T. CORTESE**
*Assistant District Attorney*
*Deputy Chief, Trial Bureau B52*

198 East 161st Street

(718) 590-2306
Fax (718) 992-0534
www.bronxda.nyc.gov



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

April 23, 2008

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10038
*via facsimile: 212-805-7949*

Re: *Ray v. Paterson, et. al.*
08 CV 3485 (PKC)

[Handwritten endorsement: The action remains pending. The Court's declination of the application does not amount to a dismissal. Court's order to show cause result in the action. SO ORDERED. 4-23-08]

Your Honor:

I am the Assistant District Attorney in the Office of the District Attorney, Bronx County, assigned to the extradition proceeding involving Lawrence Ray.

Via email, I received a copy of Mr. Ray's application to this Court for an Order to Show Cause, which was accompanied by a Summons in a Civil Action, and a seventeen-page document entitled "Verified Complaint," dated April 8, 2008, seeking injunctive relief. Thereafter, the same documents, sans the Order to Show Cause, were sent to this Office by priority mail. I received it on April 18, 2008, the same day that Your Honor's April 11, 2008 Order denying the Order to Show Cause and request for injunctive relief was printed in the New York Law Journal.

I am writing, therefore, to request clarification on the status of the above captioned action. It was my understanding that this Court's April 11, 2008 Order ended the matter. However, today it came to my attention that, on April 14, 2008, this Court issued an Order Scheduling Initial Pretrial Conference for May 30, 2008. Is the matter still pending such that this Court expects an answer to the summons and our attendance at the pretrial conference?

Thank you in advance for your guidance.

Sincerely,

Maria T. Cortese
Assistant District Attorney

cc: Sidney Baumgarten, Esq.
355 South End Avenue, #31J
New York, New York 10280
*via facsimile: 212-775-0190*