# MEMO ENDORSED



SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

MARTIN BOWE
*Senior Counsel*
Phone: (212) 788-0878
Fax: (212) 788-0940)
mbowe@law.nyc.gov

May 12, 2008

*[Handwritten endorsement: IPK adjourned to June 20, 2008 at 9:45a. The time of all defendants to answer, move or otherwise plead is adjourned until June 20, 2008. SO ORDERED. /s/ USDJ 5-12-08]*

**By Facsimile (212) 805-7949**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Ray v. Paterson, et al., 08 CV 3485 (PKC)

Dear Judge Castel:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York ("City"), assigned to the defense of City defendants. I write to request a stay of City defendants' time to answer the complaint pending the outcome of the state court proceeding in the extradition matter being litigated in New York and New Jersey state courts. Plaintiff's counsel consents to this request. The New York state extradition hearing is currently scheduled for May 15, 2008. I have asked both plaintiff's counsel and the Bronx County District Attorney to inform me if that date is adjourned and to what date. Once the extradition hearing takes place, I will inform your Honor of the outcome immediately.

Thank you for considering this request.

Respectfully submitted,

Martin Bowe
Assistant Corporation Counsel

cc: Sidney Baumgarten Fax (212) 775-0190