UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LAWRENCE RAY,                                    Docket NO. 08 CV 03485

                      Plaintiff,

      -against-                                   AFFIDAVIT OF SERVICE

DAVID A. PATERSON, as Governor of the State of
New York, et al

                    Defendants.
-----------------------------------------------------------X

STATE OF NEW YORK    ]
COUNTY OF NEW YORK  ]

        GUILLERMO TORRES, being duly sworn, deposes and says:

1. On the 12th day of June, 2008 at 12:43 PM I served the Summons & Complaint in the above captioned action upon Judge Julie M. Marino, Superior Court Judge, Somerset County, New Jersey, by delivering same to Clerk of the Court (case management) the person designated to receive service of process.

2. I knew the person served to be the person designated to accept service of process as I was directed to him/her and said person acknowledged receipt of the summons and complaint by affixing a stamp on my copy thereof.

3. I reside in Brooklyn, New York, I am over the age of 18, and I am not a party to this action.

                                                Guillermo Torres

Sworn to before me this 13th
day of June 2008

SIDNEY BAUMGARTEN
Notary Public, State of New York
No. 02BA6155514
Qualified in New York County
Commission Expires Nov. 20, 2010