# MEMO ENDORSED

**SIDNEY BAUMGARTEN, ESQ.**
Attorney at Law
355 South End Avenue #31J
New York NY 10280

Phone: 646-781-9587
Fax:　212-775-0190

Cell: 646-338-8371
Email: [redacted]

VIA FAX 212-805-7949

June 19, 2008

Hon. P. Kevin Castel
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York NY 10007

Re: Ray v. Paterson, et al　08CV 3485 (PKC)

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/20/08

Dear Judge Castel,

I received the letter from NYC Corporation Counsel at 5:08 PM this evening.

I have no objection to adjourning the initial conference scheduled for tomorrow, June 20, 2008 at 9:30 AM. In fact, several of the defendants were just served with process as they had not responded to the mailed pleadings in accordance with Rule 4 FRCP and now have until July 2, 2008 to appear and answer. In effect, no defendants have yet appeared in the action.

Unless I hear to the contrary, I will attend at the Court tomorrow pursuant to the Court's direction.

Respectfully,

Sidney Baumgarten

Cc: NYC Law Dept. (212)788-0940

*[Handwritten endorsement:] June 20 conference adjourned to July 18, 2008 at 12:45 p.m. SO ORDERED. P. Kevin Castel USDJ 6-20-08*