UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

———————————————————————————— x   Case No. 08 CV 3485

LAWRENCE RAY,

                        Plaintiff            CERTIFICATE OF
            -against-                        DISCONTINUANCE

DAVID A. PATERSON, et al,

                        Defendants
———————————————————————————————— x

The undersigned, attorney for the plaintiff, Lawrence Ray, in the above

captioned action, hereby consents and agrees that this action be DISCONTINUED,

without prejudice, and without costs to any party, subject to the approval of the Court.

Dated: New York NY
       July 18, 2008

Sidney Baumgarten   sb2743
Attorney for Plaintiff
355 South End Avenue
New York NY 10280
646-781-9587
Fax: 212-775-0190

SO ORDERED.

United State District Court Judge

7-18-08